Robert C. Tenney, WSBA #9589          The Honorable Lonny R. Suko, Judge
Meyer, Fluegge & Tenney, P.S.
230 South Second Street
P.O. Box 22680
Yakima WA 98907-2680
Telephone: 509-575-8500
Attorneys for Defendant

## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF WASHINGTON AT YAKIMA

| | | |
|---|---|---|
| **JESUS GUTIERREZ,** | ) | NO. CV-10-3059-LRS |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | **ORDER OF DISMISSAL** |
| | ) | **WITH PREJUDICE AND** |
| **MT. ADAMS ORCHARDS** | ) | **WITHOUT COSTS OR FEES** |
| **CORPORATION, a Washington** | ) | |
| **corporation,** | ) | |
| | ) | |
| **Defendant.** | ) | |

Based upon the Stipulation of the parties for Order of Dismissal With Prejudice and Without Costs or Fees dated March 3, 2011 (Ct. Rec. 17), IT IS HEREBY

ORDERED that the claims of plaintiff Jesus Gutierrez against defendant Mt. Adams Orchards Corporation are all dismissed with prejudice and without an award of attorney's fees or costs to either party.

DATED this 7th day of March, 2011.

*s/Lonny R. Suko*

Lonny R. Suko,
United States District Court Judge

Order of Dismissal